168 So.2d 27

Melvin Lee **HALEY**

v.

**CITY OF HUNTSVILLE.**

8 Div. 866.

Court of Appeals of Alabama.

Oct. 6, 1964.

695

Orzell Billingsley, Jr., Peter A. Hall and J. Mason Davis, Birmingham, for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., and Chas. H. Younger, City Atty., Huntsville, for appellee.

CATES, Judge.

This appeal is controlled by Pearson v. City of Huntsville, ante p. 458, 168 So.2d 24, this day decided.

Reversed and remanded.